# EXHIBIT D

# green tree

Date of Notice: February 12, 2014

FORM 34-27-3.1

**NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES**

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re:

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

## NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

Housing counseling services are available to you at no cost. Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339. Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

**HUD Approved Housing Counseling Agencies in Rhode Island** may be found at this link
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
**If you do not have internet access, call the toll-free number above and request a printed list.**

Mortgagee: Federal National Mortgage Association
Mortgagee Address: 1900 Market Street, Suite 800, Philadelphia, PA 19103
Street: 1555 W Walnut Hill Ln
City, State, Zip Code: Irving, TX 78038
Mortgagee Authorized Representative: Shaneice P.      Date mailed: February 12, 2014
Contact Information for Mortgagee Authorized Representative: Shaneice P.
Telephone: (800)643-0202
Email: customer.service@gtservicing.com

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

**green tree®**

February 12, 2014

**FORMULARIO 34-27-3.1**

> AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA

Se le proporciona esta notificación para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island § 34-27-3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecución de Hipotecas y Remates de Rhode Island).

**AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA**

Asunto: (        )

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situación, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el préstamo hipotecario al cual se alude en el presente aviso.

**NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN IPOTECARIA**

Se encuentran a disposición servicios de orientación sobre vivienda sin costo adicional. Los servicios de orientación pueden ayudarle a comprender las opciones de las que dispone, así como también ofrecerle recursos y referencias que podrían contribuir a evitar la ejecución de la hipoteca. Dichos servicios los ofrecen agencias de orientación hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en inglés). Puede localizar agencias de orientación hipotecaria aprobadas por HUD llamando al número gratuito de dicho departamento al 1-800-569-4287, o ingresando a la página en Internet de HUD www.hud.gov. El número del dispositivo de comunicación para sordos (TDD, por sus siglas en inglés) es 1-800-877-8339. Los servicios de orientación para prevenir la ejecución de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientación para la Vivienda de HUD.

Agencias de asesoría aprobadas por el Departamento de Vivienda y Desarrollo Urbano en Rhode Island pueden ser encontradas en este lugar http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI. Si usted no tiene acceso a internet, llame a la línea de teléfono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Federal National Mortgage Association
Dirección del Acreedor hipotecario: 1900 Market Street, Suite 800, Philadelphia, PA 19103
Calle: 1555 W Walnut Hill Ln
Ciudad, estado, código postal: Irving, TX 78038
Representante autorizado del Acreedor hipotecario: Shaneice P.
Fecha de envio por correo: 2/12/2014
Información de contacto del representante autorizado del Acreedor hipotecario: Shaneice P.
Teléfono: (800)643-0202
Correo electrónico: customer.service@gtservicing.com

Rhode Island Notice of Availability of Mortgage Counseling-Spanish, 10-8-2012          NTC-162
RI Form 34-27-3.1

El propósito de esta comunicación es para coleccionar una deuda y cualquier información obtenida será usada para ese objetivo.

DELINDA M MARTINS
11 FARNUM PIKE
SMITHFIELD, RI 02917

**green tree®**

Date of Notice: February 12, 2014

FORM 34-27-3.1

| NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES |
|---|

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

### NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re:

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

### NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

Housing counseling services are available to you at no cost. Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339. Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

> HUD Approved Housing Counseling Agencies in Rhode Island may be found at this link
> http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
> If you do not have internet access, call the toll-free number above and request a printed list.

Mortgagee: Federal National Mortgage Association
Mortgagee Address: 1900 Market Street, Suite 800, Philadelphia, PA 19103
Street: 1555 W Walnut Hill Ln
City, State, Zip Code: Irving, TX 78038
Mortgagee Authorized Representative: Shaneice P.                    Date mailed: February 12, 2014
Contact Information for Mortgagee Authorized Representative: Shaneice P.
Telephone: (800)643-0202
Email: customer.service@gtservicing.com

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

**green tree®**

February 12, 2014

**FORMULARIO 34-27-3.1**

> AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA

Se le proporciona esta notificación para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island § 34-27-3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecución de Hipotecas y Remates de Rhode Island).

### AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA

Asunto:

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situación, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el préstamo hipotecario al cual se alude en el presente aviso.

### NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN IPOTECARIA

**Se encuentran a disposición servicios de orientación sobre vivienda sin costo adicional.** Los servicios de orientación pueden ayudarle a comprender las opciones de las que dispone, así como también ofrecerle recursos y referencias que podrían contribuir a evitar la ejecución de la hipoteca. Dichos servicios los ofrecen agencias de orientación hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en inglés). Puede localizar agencias de orientación hipotecaria aprobadas por HUD llamando al número gratuito de dicho departamento al 1-800-569-4287, o ingresando a la página en Internet de HUD www.hud.gov. El número del dispositivo de comunicación para sordos (TDD, por sus siglas en inglés) es 1-800-877-8339. Los servicios de orientación para prevenir la ejecución de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientación para la Vivienda de HUD.

<u>Agencias de asesoría aprobadas por el Departamento de Vivienda y Desarrollo Urbano</u> en Rhode Island pueden ser encontradas en este lugar
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI. Si usted no tiene acceso a internet, llame a la línea de teléfono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Federal National Mortgage Association
Dirección del Acreedor hipotecario: 1900 Market Street, Suite 800, Philadelphia, PA 19103
Calle: 1555 W Walnut Hill Ln
Ciudad, estado, código postal: Irving, TX 78038
Representante autorizado del Acreedor hipotecario: Shaneice P.
Fecha de envío por correo: 2/12/2014
Información de contacto del representante autorizado del Acreedor hipotecario: Shaneice P.
Teléfono: (800)643-0202
Correo electrónico: customer.service@gtservicing.com

El propósito de esta comunicación es para coleccionar una deuda y cualquier información obtenida será usada para ese objetivo.