FannieMae

# Foreclosure Time Frames and Compensatory Fee Allowable Delays Exhibit

The table below specifies Fannie Mae's maximum number of allowable days between the due date of the last paid installment (LPI) and foreclosure sale date, as referenced in the Fannie Mae *Servicing Guide Part E.*

| State | Method of Foreclosure* | From LPI to Foreclosure Sale (# of Days) | State | Method of Foreclosure* | From LPI to Foreclosure Sale (# of Days) |
|---|---|---|---|---|---|
| Alabama | Non-Judicial | 330 | Nebraska | Non-Judicial | 420 |
| Alaska | Non-Judicial | 330 | Nevada | Non-Judicial | 780 |
| Arizona | Non-Judicial | 360 | New Hampshire | Non-Judicial | 450 |
| Arkansas | Non-Judicial | 420 | New Jersey | Judicial | 1080 |
| California | Non-Judicial | 480 | New Mexico | Judicial | 870 |
| Colorado | Non-Judicial | 450 | New York City | Judicial | 1110 |
| Connecticut | Judicial | 780 | New York | Judicial | 1020 |
| Delaware | Judicial | 930 | North Carolina | Non-Judicial | 420 |
| District of Columbia | Judicial | 1230 | North Dakota | Judicial | 630 |
| Florida | Judicial | 810 | Ohio | Judicial | 510 |
| Georgia | Non-Judicial | 360 | Oklahoma | Judicial | 540 |
| Guam | Non-Judicial | 500 | Oregon | Non-Judicial** | 1020 |
| Hawaii | Judicial | 1080 | Pennsylvania | Judicial | 690 |
| Idaho | Non-Judicial | 480 | Puerto Rico | Judicial | 780 |
| Illinois | Judicial | 600 | Rhode Island | Non-Judicial | 720 |
| Indiana | Judicial | 510 | South Carolina | Judicial | 540 |
| Iowa | Judicial | 540 | South Dakota | Judicial | 510 |
| Kansas | Judicial | 480 | Tennessee | Non-Judicial | 300 |
| Kentucky | Judicial | 510 | Texas | Non-Judicial | 390 |
| Louisiana | Judicial | 540 | Utah | Non-Judicial | 420 |
| Maine | Judicial | 1050 | Vermont | Judicial | 870 |
| Maryland | Non-Judicial | 570 | Virgin Islands | Judicial | 510 |
| Massachusetts | Non-Judicial | 930 | Virginia | Non-Judicial | 360 |
| Michigan | Non-Judicial | 300 | Washington | Non-Judicial | 540 |
| Minnesota | Non-Judicial | 390 | West Virginia | Non-Judicial | 390 |
| Mississippi | Non-Judicial | 360 | Wisconsin | Judicial | 510 |
| Missouri | Non-Judicial | 330 | Wyoming | Non-Judicial | 360 |
| Montana | Non-Judicial | 420 | | | |

*This methodology is the preferred method of foreclosure for each jurisdiction. Fannie Mae's Regional Counsel must approve the use of a different methodology prior to foreclosure initiation. The servicer or law firm must submit a Non-Routine Litigation Form (Form 20) to request the necessary approval. Fannie Mae will provide procedural instructions and allowable fees if approval is granted.
** Due to certain judicial decisions in Oregon, the servicer and mortgage default counsel in Oregon may, depending on the facts and circumstances of a particular case, decide to proceed with a judicial foreclosure without further approval from Fannie Mae.

# Compensatory Fee Allowable Delays

The table below specifies the number of days Fannie Mae will add to the state foreclosure time frame to determine the servicer's foreclosure time frame performance in accordance with the Fannie Mae *Servicing Guide*.

| Allowable Delay | Application of Credits |
| --- | --- |
| Bankruptcy – Chapter 7 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Codes 3L and 65), up to a maximum of 80 days for each filing. |
| Bankruptcy – Chapter 11 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 66), up to a maximum of 125 days for each filing. |
| Bankruptcy – Chapter 12 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 59), up to a maximum of 125 days for each filing. |
| Bankruptcy – Chapter 13 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Codes 67 and 69), up to a maximum of 125 days for each filing. |
| Probate | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 31), up to a maximum of 120 days for the first occurrence. |
| Military Indulgence | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 32), up to a maximum of 455 days for the first occurrence. |
| Contested or Litigated Foreclosure | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 33), up to a maximum of 90 days for the first occurrence. |
| Workout in Review | Loans with LPI on or after 06/01/12:  No credit will be given. Loans with LPI before 06/01/12: Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code H5), up to a maximum of 60 days for each workout. |
| Trial Period Plan | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code BF), up to a maximum of 120 days for each workout. |
| Unemployment Forbearance | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 09 – Forbearance and Delinquency Reason Code 16 - Unemployment), up to a maximum of 180 days for each workout. |
| New Jersey Foreclosure Delays | Credit will be given for the actual number of days the loan is reported in a foreclosure status between December 2010 and April 2012 (reported using Delinquency Status Code 43 – Foreclosure), up to a maximum of 180 days total. |